RICHARD HODGES K57184
P.O. BOX 112
JOLIET IL, 60434



IDOC INMATE LEGAL MAIL

U.S. POSTAGE ›› PITNEY BOWES
ZIP 60403 $ 007.80⁰
02 1W
0001394077 SEP 12 2017

09/14/2017-24

CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
SEP 14 2017 YS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEGAL MAIL

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

1:17-cv-06628
Judge Samuel Der-Yeghiayan
Magistrate Judge Daniel G. Martin
PC 5